UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARTOLOME, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. H-04-3898 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pursuant to the scheduling conference held today, February 16, 2006, the Court hereby **ORDERS** Plaintiff to submit proof of service upon the United States on or before March 8, 2006. The Court further **ORDERS** all parties to submit their proposed scheduling order(s) on or before March 18, 2006.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 16th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.